JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALFONSO PEREZ NOLASCO, | NO. CV 25-4673 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 26th day of August, 2025.

/s/
Fernando M. Olguin
United States District Judge